UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH COONEY, <br> Plaintiff, <br> v. <br> CITY OF SAN DIEGO, et al., <br> Defendants. | Case No. 18-cv-01860-JSW <br><br> **ORDER TO PLAINTIFF TO SHOW CAUSE** <br><br> Re: Dkt. Nos. 17, 18 |

On July 17, 2018, the Court denied, as moot, a report and recommendation recommending that this case be dismissed with leave to amend ("July 17 Order"). The Court granted Plaintiff's request to file an amended complaint and granted an extension of time to file that complaint. The Court directed Plaintiff to file an amended complaint by August 20, 2018. Plaintiff complied with that deadline. However, a summons was not issued until October 17, 2018. In its July 17 Order, the Court stated that "Plaintiff shall have 90 days from the date she files an amended complaint to serve the Defendants named in that complaint." (July 17 Order at 1:23-24.)

Federal Rule of Civil Procedure 4(b) provides that "[o]n or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal."

> A summons must be served with a cop of the complaint. *The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)* and must furnish the necessary copies to the person who makes service.

Fed. R. Civ. P. 4(c)(1) (emphasis added).

Fed. Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed – the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice … or order that service be made within a specified time." Ninety

days have elapsed since Plaintiff filed her amended complaint, and there is nothing in the record to suggest Defendants have been served.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not dismiss this case pursuant to Rule 4(m) or show why good cause exists to extend the deadline for service. Plaintiff's response to this Order to Show Cause shall be due by no later than December 7, 2018.

**IT IS SO ORDERED.**

Dated: November 20, 2018

_____
JEFFREY S. WHITE
United States District Judge