# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH COONEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-01860-JSW<br><br>**JUDGMENT** |

Pursuant to the Order dismissing this case with prejudice, the Court HEREBY ENTERS JUDGMENT in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 18, 2019

_____
JEFFREY S. WHITE
United States District Judge